**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>     v.<br><br>Travis Lefel Zah,<br><br>                Defendant. | CR-08-1304-01-PHX-GMS<br><br>ORDER OF DETENTION |

     Defendant was released on his own recognizance and to reside at Recovery Homes, Inc. on November 21, 2008.  Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of his release. Defendant was arrested and appears before the Court with counsel.  The defendant submits the issue of the Petition for Pretrial Release Violation to the Court.

     The Court, based on the allegations in the petition and the material contained in the memorandum supporting the petition, finds by clear and convincing evidence that defendant violated his conditions of release by consuming alcohol and leaving Recovery Homes, Inc.  Further, that defendant is unlikely to abide any condition or combination of conditions of release.

     IT IS THEREFORE ORDERED that the defendant's release is revoked and he is detained pending further order of the Court.

     DATED this 2nd day of April, 2009.

                                                                 Edward C. Voss
                                                                United States Magistrate Judge

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br>     v.<br><br>Travis Lefel Zah,<br><br>                Defendant. | CR-08-1304-01-PHX-GMS<br><br>ORDER OF DETENTION |

      Defendant was released on his own recognizance and to reside at Recovery Homes, Inc. on November 21, 2008. Pretrial Services filed a Petition for Action on Conditions of Pretrial Release alleging that defendant violated the terms of his release. Defendant was arrested and appears before the Court with counsel. The defendant submits the issue of the Petition for Pretrial Release Violation to the Court.

      The Court, based on the allegations in the petition and the material contained in the memorandum supporting the petition, finds by clear and convincing evidence that defendant violated his conditions of release by consuming alcohol and leaving Recovery Homes, Inc. Further, that defendant is unlikely to abide any condition or combination of conditions of release.

      IT IS THEREFORE ORDERED that the defendant's release is revoked and he is detained pending further order of the Court.

      DATED this 2nd day of April, 2009.

_Edward C. Voss_
Edward C. Voss
United States Magistrate Judge